IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DONALD ANDREW BESS,<br>TDCJ No. 999559,<br><br>Petitioner,<br><br>v.<br><br>LORIE DAVIS, Director, Texas<br>Department of Criminal Justice,<br>Correctional Institutions Division,<br><br>Respondent. | §§§§§§§§§§§§§ | No. 3:16-CV-1150-S |

**ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY
REGARDING DENIAL OF RULE 59(e) MOTION**

On March 23, 2020, this Court issued a Memorandum Opinion and Order (ECF no. 65) and Judgment (ECF no. 66) denying Petitioner's petition for federal habeas corpus relief and denying Petitioner a Certificate of Appealability. On April 28, 2020, this court denied Petitioner's motion to alter or amend judgment (ECF no. 68). Petitioner has filed a motion (ECF no. 70) requesting a Certificate of Appealability in connection with the denial of his Rule 59(e) motion. For the reasons set forth in §XI of the Memorandum Opinion and Order issued March 23, 2020 (ECF no. 65) and the Memorandum Opinion and Order issued April 28, 2020 (ECF no. 68), Petitioner is not entitled to a Certificate of Appealability.

Accordingly, it is hereby **ORDERED** that Petitioner's motion (ECF no. 70) filed May 4, 2020 is **DENIED.**

**SO ORDERED.**

SIGNED May 4, 2020.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE