IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DONALD ANDREW BESS,<br>    Petitioner,<br><br>v.<br><br>BOBBY LUMPKIN,<br>Director, Texas Department<br>of Criminal Justice,<br>Correctional Institutions Division,<br>    Respondent. | § § § § § § § § § § § | No. 3:16-CV-01150-S<br>*CAPITAL CASE* |

## ADVISORY TO THE COURT

Donald Andrew Bess, a death-sentenced Texas inmate convicted for murdering Angela Samota in 1984, previously sought federal habeas relief in this Court, pursuant to 28 U.S.C. §§ 2241 & 2254. ECF Nos. 23, 65, 66, & 71. On October 10, 2022, the Director was informed by the Dallas County District Attorney's Office and TDCJ-CID personnel that, over the prior weekend, Bess died at the University of Texas Medical Branch in Galveston, Texas. The Director has yet not received a death certificate but will forward one to the Court once he receives it should the Court request it. Because of this development, any further proceedings have been rendered moot.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

|  |  |
|---|---|
|  | BRENT WEBSTER<br>First Assistant Attorney General |
|  | JOSH RENO<br>Deputy Attorney General<br>for Criminal Justice |
|  | EDWARD L. MARSHALL<br>Chief, Criminal Appeals Division |
| *Attorney-in-Charge | /s/ Erich Dryden<br>*ERICH DRYDEN<br>Assistant Attorney General<br>State Bar No. 24008786 |
|  | P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>(512) 936-1400<br>(512) 320-8132 (Fax) |
|  | ATTORNEYS FOR RESPONDENT |

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing Advisory has been served electronically to Jeremy Schepers, counsel for Bess, on this the 20th day of October, 2022.

/s/ Erich Dryden
ERICH DRYDEN
Assistant Attorney General